

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2020

No. 04-19-00691-CV

**CUANTO ANTES MEJOR, LLC** and M.E. Phillip,
Appellants

v.

**EOG RESOURCES, INC.,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-12-00277-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file motion for rehearing and/or en banc reconsideration is GRANTED. Time is extended to January 14, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court